# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161682(63)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PREYDE ONE, LLC,
              Plaintiff-Appellant,

v

SC: 161682
COA: 346192
Ingham CC: 18-000003-CB

HOFFMAN CONSULTANTS, LLC,
              Defendant-Appellee,
and

GLASERS LUMBER and CONSOLIDATED
BUILDING SYSTEMS, INC.,
              Defendants.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 15, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      September 9, 2020



Clerk